UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H.M.,<br><br>        Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>        Defendants. | Case No. 22-cv-06026-VC (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 145 |

Plaintiff has served Defendant Contra Costa County a request for documents in the County's possession that relate to Plaintiff. These include juvenile court records that include, for example, the names of foster parents and foster siblings who were parties or witnesses to the actions that give rise of Plaintiff's claims. Plaintiff needs unredacted versions of these documents to proceed with her case. The County, however, has produced only redacted versions, citing California Welfare and Institutions Code §§ 827 and 10850. The Court finds the decision in *Doe No. 59 v. Santa Rosa City Schools*, 2017 WL 11837754 (N.D. Cal. March 1, 2017), well-reasoned and on point. Accordingly, the Court **GRANTS** Plaintiff's motion to compel and **ORDERS** the County to produce the requested documents in unredacted form.

**IT IS SO ORDERED.**

Dated: September 11, 2025

THOMAS S. HIXSON
United States Magistrate Judge